FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 19, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PROPRIETARY VARIETY MANAGEMENT, LLC and WASHINGTON STATE UNIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>ANGEL'S GRAFTING AND NURSERY, LUIS JORGE ANGEL, and CINDY ELIZABETH ANGEL,<br><br>Defendants. | No.   1:20-cv-03088-SMJ<br><br>**ORDER DISMISSING CASE** |

On January 15, 2021, Plaintiffs filed a Notice of Voluntary Dismissal with Prejudice, ECF No. 16. Defendants have served neither an answer nor a summary judgment motion. Consistent with Plaintiff's notice and Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS HEREBY ORDERED**:

1. Plaintiff's Notice of Voluntary Dismissal with Prejudice, **ECF No. 16**, is **ACKNOWLEDGED**.

2. All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

3. All pending motions are **DENIED AS MOOT**.

ORDER DISMISSING CASE – 1

**4.** All hearings and other deadlines are **STRICKEN**.

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 19th day of January 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2